BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TRANS UNION, LLC DATA SECURITY BREACH LITIGATION | MDL No. 3170 |

### MOTION FOR LEAVE TO FILE DOCUMENT OUT OF TIME

Defendants Pandora Jewelry, LLC and Pandora Jewelry, A/S (collectively, "Pandora") respectfully seek an order from the Panel allowing Pandora to file its Response to the Motion for Transfer out of time. On October 23, 2025, Pandora filed a Response to the Motion for Transfer (Dkt. No. 74 and attached as Exhibit A). Upon notice from the Clerk of Court, however, Pandora understands that the deadline for filing a Response to the Motion had passed and a motion for leave is necessary to file the pleading. Through inadvertence, Pandora incorrectly calendared the filing deadline. Pandora's Response is four pages in length and seeks to succinctly provide Pandora's position on the issues. Pandora respectfully requires that the Panel accept Pandora' Response, which addresses arguments unique to Pandora.

WHEREFORE, Pandora respectfully requests that the Panel grant it leave to file its Response out of time and accept the attached Response as timely filed.

Dated: October 24, 2025

Respectfully submitted,

By: */s/ Tammy B. Webb*
Tammy B. Webb
**SHOOK, HARDY, & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

*Attorneys for Defendants*
*Pandora Jewelry, LLC and Pandora Jewelry, A/S*

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 24, 2025, I caused the foregoing Motion for Leave to File Out of Time to be filed with the Court's CM/ECF system, which sends a service copy to all registered parties in the action at their associated email addresses.

Dated: October 24, 2025

Respectfully submitted,

By: /s/ Tammy B. Webb
Tammy B. Webb
**SHOOK, HARDY, & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

*Attorneys for Defendants*
*Pandora Jewelry, LLC and Pandora Jewelry, A/S*